UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AERO SAFETY GRAPHICS, INC., a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>TERRASLATE PAPER, LLC, a Colorado Limited Liability Company,<br><br>Defendant. | Case No. 2:18-cv-01098-RSM<br><br>ORDER EXTENDING DATES |

Upon motion by Plaintiff pursuant to Rule 6(b), Fed. R. Civ. P, for an extension of the dates contained in the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" [Docket No. 07] herein, and good cause having been shown in the grounds for the motion and in the supporting Declaration, now therefore,

IT IS HEREBY ORDERED, that the motion for Order extending such dates is hereby GRANTED. The Court's Previous Order is revised as follows:

1. The deadline for FRCP 26(f) Conference is changed from August 30, 2018 to October 1, 2018.

2. The deadline for Initial Disclosures Pursuant to FRCP 26(a)(1) is changed from September 6, 2018 to October 9, 2018.

ORDER EXTENDING DATES
(Case No. 2:18-cv-01098)--Page **1** of **2**

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929

3. The deadline for Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) is changed from September 13, 2018 to October 15, 2018.

DATED this 30th day of August, 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by
SIMBURG KETTER SHEPPARD
& PURDY, LLP

_____
Melvyn J. Simburg, WSBA #4773
Attorneys for Plaintiff

ORDER EXTENDING DATES
(Case No. 2:18-cv-01098)--Page **2** of **2**

SIMBURG, KETTER,
SHEPPARD & PURDY, LLP
999 THIRD AVENUE, SUITE 2525
SEATTLE, WASHINGTON 98104-4089
(206) 382-2600 FAX: (206) 223-3929