Hon. Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AERO SAFETY GRAPHICS, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>TERRASLATE PAPER, LLC,<br><br>  Defendant. | Case No. 2:18-cv-01098-RSM<br><br>**ORDER REGARDING SCHEDULING, DISCOVERY, AND PENDING MOTIONS** |

Upon stipulated motion made by Defendant TerraSlate Paper, LLC ("TerraSlate") and Plaintiff Aero Safety Graphics, Inc. [Docket No. 17], and good cause appearing therefore,

IT IS HEREBY ORDERED that the motion is GRANTED, and:

(1) <u>Vacation of Existing Deadlines</u>: The deadline for submission of the Combined Joint Status Report and Discovery Plan as per this Court's prior orders [Docket Nos. 6, 8] is VACATED pending further order of this Court. The deadlines for the parties initial FRCP 26(f) conference and FRCP26(a)(1) Initial Disclosures are unchanged.

(2) <u>Jurisdictional Discovery</u>: The parties may engage in limited discovery related to personal jurisdiction only. Such limited discovery shall be concluded by no later than December 21, 2018. All other discovery is STAYED pending further order of this Court.

(3) <u>Extension of Time to Respond to First Amended Complaint</u>: TerraSlate shall respond to the First Amended Complaint, whether by motion or by answer or both, on or before January 11, 2019. If TerraSlate responds to the First Amended Complaint by motion (or by answer and motion), said motion shall be noted for February 8, 2019. If TerraSlate responds to the First

Order Regarding Scheduling & Discovery
(2:18-cv-01098-RSM) - 1

Amended Complaint by answer only, then within 14 days after such answer the parties shall conduct a supplemental Rule 26(f) conference, and within 14 days after said conference shall file a Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 25(f), in accordance with the requirements set forth in this Court's prior Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement [Docket No. 6].

(4) <u>Orders on Pending Motions</u>: The presently-pending motions noted for October 5, 2018 and October 18, 2018, appearing at docket nos. 12, 13, and 15, are DENIED AS MOOT.

Dated this 3 day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by

*s/ Stephen G. Jones*
Stephen G. Jones #19334
*Attorneys for Defendant TerraSlate Paper, LLC*

*s/ Melvyn J. Simburg*
Melvyn J. Simburg, WSBA #4773
*Attorneys for Plaintiff Aero Safety Graphics, Inc.*

Order Regarding Scheduling & Discovery
(2:18-cv-01098-RSM) - 2

HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, UT 84101-2194
Phone: (801) 799-5800